IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     2012 FORD F-350 TRUCK VIN: 1FT8W3BT8CEA92623;

      Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt Bohn, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

## JURISDICTION AND VENUE

    1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 *et seq.*  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

    2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and the acts described occurred in the District of Colorado.

## DEFENDANT PROPERTY

    3.    Defendant property is more fully described as:

    a.    2012 Ford F-350 Pickup Truck seized from Dennis Lucero on June 6, 2021, currently in the custody of the United States Marshal Service.

**FACTUAL BASIS FOR FORFEITURE**

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Traffic Stop**

5.      On June 6, 2021, a Colorado State Patrol Trooper assigned to the Smuggling Traffic Interdiction Section ("STIS") conducted a traffic stop of a 2012 Ford F-350 Truck on Highway 140 in La Plata County, Colorado, at the New Mexico/Colorado state line.

6.      The Trooper observed the 2012 Ford Truck weave over the right lane line and ride the right lane line for a time. The trooper conducted a traffic stop of the truck.

7.      The driver of the truck was identified as Dennis Lucero.  Lucero's daughter was in the passenger seat.  The two provided contradictory statements regarding their travels.

8.      A La Plata County Sheriff's Office K9 Deputy was working interdiction on Highway 140 and responded to the 2012 Ford Truck.  K9 Ozzy is trained and certified to detect the odor of the controlled substances cocaine, heroin, methamphetamine, and MDMA.

9.      K9 Ozzy conducted an open-air sniff of the truck and positively alerted to the odor of narcotics in and around multiple areas of the truck.

10.      The Trooper conducted a search of the vehicle and found a locked box in the cab of the truck inside the center console.  Lucero told the Trooper that the box shouldn't contain anything incriminating.

11.     The trooper requested that the truck be towed to allow for a more thorough search upon the approval of a search warrant.

## Seizure Warrant

12.     On June 15, 2021, a federal search warrant was obtained for the 2012 Ford Truck, which was in a secure storage facility maintained by the La Plata County Sheriff's Office.

13.     On June 16, 2021, law enforcement officers executed the search warrant. During the search, law enforcement found the lock box in the cab.  Inside the lock box were four unopened packets of Suboxone, five separate envelopes containing $6,530.00 in United States currency, ten empty envelopes, a pay-owe sheet, and 57.7 grams of cocaine wrapped in clear plastic.  Law enforcement also found the following inside the lock box: a small Ziplock bag containing a crushed fentanyl pill, an empty pill bottle, a pill bottle containing three Viagra pills, a pill bottle containing one yellow capsule of Gabapentin, and a pill bottle containing fentanyl pills.

14.     In conclusion, defendant 2012 Ford Truck constitutes property used or intended to be used, in any manner or part, to facilitate the commission of violations of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881.

*[Remainder of page intentionally left blank.]*

VERIFICATION OF KEVIN DOHENY

SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION

I, Drug Enforcement Administration Special Agent Kevin Doheny, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

s/ _____
Kevin Doheny
SA - DEA

FIRST CLAIM FOR RELIEF

15.    The Plaintiff repeats and incorporates by reference the paragraphs above.

35.    By the foregoing and other acts, defendant 2012 Ford F-350 Pickup Truck, constitutes property used, or intended to be used, in any manner or part, to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

///

///

///

DATED this 28th day of February 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/*Kurt Bohn*
Kurt Bohn
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: kurt.bohn@usdoj.gov
*Attorney for Plaintiff*